UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------------x
In re:                                            Case No.: _16-33983_
    Michael Schulmann                  Chapter _13__

                Debtor
-------------------------------------------------------------x

## APPLICATION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, ____Todd S Cushner____, am admitted to practice in the US Bankruptcy Court of the Federal District of New Jersey and I hereby respectfully sponsor and request the admission of Attorney Linda M. Tirelli, *pro hac vice*, in the above captioned matter pending before the Honorable _Michael B. Kaplan__, to assist me in the representation of Mr. Michael Schulmann, a chapter 13 Debtor.

In furtherance of this application an affidavit of Attorney Linda Tirelli is attached hereto.

Dated: 2/18/17
_____, New York

_____
Todd S. Cushner

*Mailing Address*:
50 MAIN ST
SUITE 390
White Plains, NY 10606

*E-mail address*: _____
*Telephone number*: (914) 946-2200



UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------x

In re:                                                    Case No.: _16-33983_

    Michael Schulmann                          Chapter _13__

                    Debtor

-----------------------------------------------------------x

### AFFIDAVIT OF LINDA M. TIRELLI, ESQ.
### IN SUPPORT OF PRO HAC VICE ADMISSION

I, Linda M. Tirelli, hereby affirm and *certify that I am a member in good standing* of the bar in the State of Connecticut since 1996 and am attaching hereto a copy of a Letter of Good Standing from the Clrk of the Supreme Court of the State of Connecticut. I am also a member in good standing of the bar of the U.S. District Court for the District of Connecticut, the U.S. District Court for the Southern District of New York, the U.S. District Court for the Eastern District of New York and the Supreme Court of the United States of America.

I have been practicing almost exclusively in the area of bankruptcy law and consumer bankruptcy litigation since 2008.

I have submitted the filing fee of $150.00 with this motion for *pro hac vice* admission.

Dated: Feb. 13 2017
White Plains, New York

_____
Linda M. Tirelli, Esq.
Tirelli & Wallshein
50 Main Street, 10th Floor
White Plains, NY 10606
Ph. (914)682-2064
Email: LTirelli@LindaTirelliLaw.com

Sworn to and subscribed by the above affiant, Linda M. Tirelli, on this the 13 day of February, 2017.

_____
Jenna E. Giorgi, Notary Public

JENNA GIORGI
NOTARY PUBLIC-STATE OF NEW YORK
No. 01GI6349741
Qualified In Westchester County
My Commission Expires 10-24-2020

JENNA GIORGI
NOTARY PUBLIC-STATE OF NEW YORK
No. 01GI6349741
Qualified in Westchester County
My Commission Expires 10-24-2020