

**Order Filed on April 12, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Michael E Blaine, Esq. (ID #018132006)
SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP
A LLP Formed in the State of New York
30 Montgomery Street
Suite 1205
Jersey City, New Jersey 07302
(518)786-9069
Attorneys for Creditor, TD Auto Finance LLC

In Re:

    MICHAEL SCHULMANN,

        Debtor.

Case No.: 16-33983-MBK

Hearing Date: April 11, 2017

Judge.: Michael B. Kaplan

Chapter: 13

### ORDER VACATING AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(d)(1) AND CO-DEBTOR STAY PUSUANT TO 11 U.S.C. SECTION 1301(c) AS TO PERSONAL PROPERTY

The relief set forth on the following page is hereby **ORDERED.**

**DATED: April 12, 2017**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of Creditor, TD Auto Finance LLC, under Bankruptcy Code Section 362(a) for relief from the automatic stay and co-debtor stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED, that the automatic stay and co-debtor stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Personal property more fully described as:

**one (1) 2014 Nissan NV200 (V.I.N. 3N6CM0KN5FK732231)**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor, co-debtor and any trustee and any other party who entered an appearance on the motion.