DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Michael E Blaine, Esq. (ID #018132006)
SCHILLER, KNAPP, LEFKOWITZ &
HERTZEL, LLP
A LLP Formed in the State of New York
30 Montgomery Street
Suite 1205
Jersey City, New Jersey 07302
(518)786-9069
Attorneys for Creditor, TD Auto Finance LLC

Order Filed on April 12, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    MICHAEL SCHULMANN,

              Debtor.

Case No.: 16-33983-MBK

Hearing Date: April 11, 2017

Judge.: Michael B. Kaplan

Chapter: 13

**ORDER VACATING AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(d)(1)
AND CO-DEBTOR STAY PUSUANT TO 11 U.S.C. SECTION 1301(c)
AS TO PERSONAL PROPERTY**

The relief set forth on the following page is hereby **ORDERED.**

**DATED: April 12, 2017**

                                                    Honorable Michael B. Kaplan
                                                    United States Bankruptcy Judge

Upon the motion of Creditor, TD Auto Finance LLC, under Bankruptcy Code Section 362(a) for relief from the automatic stay and co-debtor stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED, that the automatic stay and co-debtor stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Personal property more fully described as:

**one (1) 2014 Nissan NV200 (V.I.N. 3N6CM0KN5FK732231)**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor, co-debtor and any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Michael Schulmann  
      Debtor

Case No. 16-33983-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 13, 2017  
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2017.  
db           +Michael Schulmann,    14 Holly Hill Road,    Marlboro, NJ 07746-2004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                    TOTAL: 0

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2017 at the address(es) listed below:  
          Albert    Russo    docs@russotrustee.com  
          Denise E. Carlon    on behalf of Creditor    Lehman XS Trust Mortgage Pass-Through Certificates,  
           Series 2005-7N, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          Michael E. Blaine    on behalf of Creditor    TD Auto Finance LLC mblaine@schillerknapp.com,  
           tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com  
          Todd S Cushner    on behalf of Debtor Michael   Schulmann todd@thegtcfirm.com,  
           amanda@thegtcfirm.com;dana@thegtcfirm.com;amerritt@thegtcfirm.com;jgiorgi@thegtcfirm.com  
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                         TOTAL: 5