Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–33983–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Schulmann
   14 Holly Hill Road
   Marlboro, NJ 07746

Social Security No.:
   xxx–xx–0325

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on December 30, 2016 and a confirmation hearing on such Plan has been scheduled for May 9, 2017.

The debtor filed a Modified Plan on April 26, 2017 and a confirmation hearing on the Modified Plan is scheduled for June 13, 2017 @ 10:00 am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: April 27, 2017
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-33983-MBK
Michael Schulmann                                                               Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Apr 27, 2017
                              Form ID: 186             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 29, 2017.
db          +Michael Schulmann,    14 Holly Hill Road,    Marlboro, NJ 07746-2004
lm          +Specialized Loan Servicing, LLC,    8742 Lucent Blv.,    St.. 300,
              Highlands Ranch, CO 80129-2386
516553166   +Barclays Bank Delaware,    Po Box 8801,    Wilmington, DE 19899-8801
516553167   +Best Buy/cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
516553168   +Capital One,    Po Box 30285,   Salt Lake City, UT 84130-0285
516553169   +Citibank,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
              Saint Louis, MO 63179-0040
516553170   +Citibank Sears,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
              Saint Louis, MO 63179-0040
516553171   +Citibank/Best Buy,    Centalized Bankruptcy/Citicorp Credit Se,    Po Box 790040,
              Sanit Louis, MO 63179-0040
516553172   +Citibank/Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Bopx 790040,
              Saint Louis, MO 63179-0040
516553174    Fst Premier,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
516658948   +NJSVS,    Bankruptcy Unit,    POB 4850,    Trenton, NJ 08650-4850
516553179   +Pluese Becker & Saltzman LLC,    20000 Horizon Way, Suite 900,    Mount Laurel, NJ 08054-4318
516553180   +SLS,    8742 Lucent Blvd,    Suite 300,    Littleton, CO 80129-2386
516553181   +State of New Jersey,    Surcharge Violation System,    PO Box 4850,    Trenton, NJ 08650-4850
516567772   +TD Auto Finance LLC,    c/o Schiller, Knapp, Lefkowitz,    & Hertzel, LLP,
              30 Montgomery Street, Suite 1205,    Jersey City, New Jersey 07302-3835
516568365   +TD Auto Finance LLC,    Att: Michael Baline,    30 Montgomery St Ste 1205,
              Jersey City, NJ 07302-3835
516567806   +TD Auto Finance, LLC,    Trustee Payment Department,    PO Box 16041,    Lewiston, ME 04243-9523
516553184   +Td Auto Finance,    Po Box 9223,    Farmington Hills, MI 48333-9223
516661722   +U.S. Bank National Association, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516553185   +Wells Fargo Financia,    Po Box 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Apr 28 2017 11:47:50      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 28 2017 11:47:47      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516553165    E-mail/Text: ebnbankruptcy@ahm.honda.com Apr 28 2017 11:47:55      American Honda Finance,
              Po Box 168088,    Irving, TX 75016
516553173   +E-mail/Text: creditonebknotifications@resurgent.com Apr 28 2017 11:47:04      Credit One Bank Na,
              Po Box 98873,    Las Vegas, NV 89193-8873
516553175   +E-mail/Text: bankruptcy@fult.com Apr 28 2017 11:48:33      Fulton Bank Of New J,    100 Park Ave,
              Woodbury, NJ 08096-3513
516553176   +E-mail/Text: jennifer.macedo@gatewayonelending.com Apr 28 2017 11:47:12
              Gateway One Lending & Finance,    160 N Riverview Dr Ste 100,    Anaheim, CA 92808-2293
516553177   +E-mail/Text: EBN_Notifications@OWB.com Apr 28 2017 11:47:43      Indymac Bank,
              6900 Beatrice Drive,    Kalamazoo, MI 49009-9559
516553178   +E-mail/Text: collections@jeffersonassociates.com Apr 28 2017 11:47:54      Jefferson Associates,
              3 Coral St,    Edison, NJ 08837-3242
516553182   +E-mail/PDF: gecsedi@recoverycorp.com Apr 27 2017 22:53:28      Syncb/Lord & Taylor,
              Po Box 965064,    Orlando, FL 32896-5064
516553183   +E-mail/PDF: gecsedi@recoverycorp.com Apr 27 2017 22:53:28      Synchrony Bank/ Old Navy,
              Po Box 965064,    Orlando, FL 32896-5064
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Apr 27, 2017
                              Form ID: 186               Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon     on behalf of Creditor    Lehman XS Trust Mortgage Pass-Through Certificates,
               Series 2005-7N, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael E. Blaine    on behalf of Creditor    TD Auto Finance LLC mblaine@schillerknapp.com,
               tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com
              Todd S Cushner     on behalf of Debtor Michael   Schulmann todd@thegtcfirm.com,
               amanda@thegtcfirm.com;dana@thegtcfirm.com;amerritt@thegtcfirm.com;jgiorgi@thegtcfirm.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 5
```