UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Todd S. Cushner, Esq.
Garvey Cushner & Associates, PLLC
50 Main Street, Suite 390
White Plains, NY 10606
(914) 946-2200
todd@thegcafirm.com

In Re:

 Michael Schulmann

Order Filed on November 17, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No.: | 16-33983 |
| Chapter: | 13 |
| Judge: | MBK |

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 17, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ 01/06/2017 _____ :

Property: _____ 14 Holly Hill Road Marlboro, NJ 07746 _____

Creditor: _____ Specialized Loan Servicing, LLC _____

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by _____ Debtor _____ , and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____ , and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ 2/11/2018 _____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*