Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–33983–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Schulmann
   14 Holly Hill Road
   Marlboro, NJ 07746

Social Security No.:
   xxx–xx–0325

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/3/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 4, 2018
JAN: kmf

                                                            Jeanne Naughton
                                                            Clerk

```
United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 16-33983-MBK
Michael Schulmann                                               Chapter 13
        Debtor
                          CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2        Date Rcvd: Apr 04, 2018
                              Form ID: 148             Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2018.
db             +Michael Schulmann,    14 Holly Hill Road,    Marlboro, NJ 07746-2004
lm             +Specialized Loan Servicing, LLC,    8742 Lucent Blv.,    St.. 300,
                 Highlands Ranch, CO 80129-2386
516553167      +Best Buy/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
516553169      +Citibank,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
516553170      +Citibank Sears,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
516553171      +Citibank/Best Buy,    Centalized Bankruptcy/Citicorp Credit Se,    Po Box 790040,
                 Sanit Louis, MO 63179-0040
516553172      +Citibank/Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Bopx 790040,
                 Saint Louis, MO 63179-0040
516553174       Fst Premier,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
516658948      +NJSVS,    Bankruptcy Unit,    POB 4850,    Trenton, NJ 08650-4850
516553179      +Pluese Becker & Saltzman LLC,    20000 Horizon Way, Suite 900,    Mount Laurel, NJ 08054-4318
516553180      +SLS,    8742 Lucent Blvd,    Suite 300,    Littleton, CO 80129-2386
516553181      +State of New Jersey,    Surcharge Violation System,    PO Box 4850,    Trenton, NJ 08650-4850
516567772      +TD Auto Finance LLC,    c/o Schiller, Knapp, Lefkowitz,    & Hertzel, LLP,
                 30 Montgomery Street, Suite 1205,    Jersey City, New Jersey 07302-3835
516568365      +TD Auto Finance LLC,    Att: Michael Baline,    30 Montgomery St Ste 1205,
                 Jersey City, NJ 07302-3835
516567806      +TD Auto Finance, LLC,    Trustee Payment Department,    PO Box 16041,    Lewiston, ME 04243-9523
516661722      +U.S. Bank National Association, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 04 2018 23:48:31      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 04 2018 23:48:27      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516553165       EDI: HNDA.COM Apr 05 2018 03:13:00     American Honda Finance,    Po Box 168088,
                 Irving, TX 75016
516553166      +EDI: TSYS2.COM Apr 05 2018 03:13:00     Barclays Bank Delaware,    Po Box 8801,
                 Wilmington, DE 19899-8801
516553168      +EDI: CAPITALONE.COM Apr 05 2018 03:13:00     Capital One,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
516553173      +EDI: RCSFNBMARIN.COM Apr 05 2018 03:13:00     Credit One Bank Na,   Po Box 98873,
                 Las Vegas, NV 89193-8873
516553175      +E-mail/Text: bankruptcy@fult.com Apr 04 2018 23:49:36     Fulton Bank Of New J,    100 Park Ave,
                 Woodbury, NJ 08096-3513
516553176      +E-mail/Text: jennifer.macedo@gatewayonelending.com Apr 04 2018 23:47:53
                 Gateway One Lending & Finance,    160 N Riverview Dr Ste 100,    Anaheim, CA 92808-2293
516553177      +E-mail/Text: EBN_Notifications@OWB.com Apr 04 2018 23:48:21      Indymac Bank,
                 6900 Beatrice Drive,    Kalamazoo, MI 49009-9559
516553178      +E-mail/Text: collections@jeffersonassociates.com Apr 04 2018 23:48:38      Jefferson Associates,
                 3 Coral St,    Edison, NJ 08837-3242
516808336       EDI: PRA.COM Apr 05 2018 03:13:00     Portfolio Recovery Associates, LLC,    c/o Barclaycard,
                 POB 41067,    Norfolk VA 23541
516807558       EDI: PRA.COM Apr 05 2018 03:13:00     Portfolio Recovery Associates, LLC,    c/o Household Bank,
                 POB 41067,    Norfolk VA 23541
516553182      +EDI: RMSC.COM Apr 05 2018 03:13:00     Syncb/Lord & Taylor,    Po Box 965064,
                 Orlando, FL 32896-5064
516553183      +EDI: RMSC.COM Apr 05 2018 03:13:00     Synchrony Bank/ Old Navy,    Po Box 965064,
                 Orlando, FL 32896-5064
516553184      +EDI: CHRYSLER.COM Apr 05 2018 03:13:00     Td Auto Finance,    Po Box 9223,
                 Farmington Hills, MI 48333-9223
516553185      +EDI: WFFC.COM Apr 05 2018 03:13:00     Wells Fargo Financia,    Po Box 10335,
                 Des Moines, IA 50306-0335
                                                                                               TOTAL: 16

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin              Page 2 of 2                 Date Rcvd: Apr 04, 2018
                              Form ID: 148             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2018 at the address(es) listed below:
          Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Lehman XS Trust Mortgage Pass-Through Certificates,
           Series 2005-7N, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Michael E. Blaine    on behalf of Creditor    TD Auto Finance LLC mblaine@schillerknapp.com,
           tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
          Todd S Cushner    on behalf of Debtor Michael   Schulmann todd@cushnerlegal.com,
           alyssa@cushnerlegal.com;jrufo@cushnerlegal.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```